# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DEBORAH LAUFER, Individually,

        Plaintiff,

Case No.: 1:19-cv-00200-AW-GRJ

v.

ARPAN, LLC, d/b/a AMERICA'S BEST VALUE INN,

        Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S INTERROGATORIES

COMES NOW, the Defendant, Arpan, LLC d/b/a America's Best Value Inn, by and through its undersigned counsel and in response to Plaintiff's Interrogatories, hereby responds as follows:

1. Identify by name, address, telephone number and title of all persons answering or assisting in answering these Interrogatories.

    RESPONSE:  Mr. Paresh M. Gocool, Owner
                      Arpan, LLC d/b/a America's Best Value Inn
                      The Harr Law Firm
                      The Harr Professional Center
                      517 South Ridgewood Avenue
                      Daytona Beach, Florida 32114
                      Telephone:  (386) 226-4866
                      Plaintiff

                      Jason L. Harr
                      The Harr Law Firm
                      The Harr Professional Center
                      517 South Ridgewood Avenue
                      Daytona Beach, Florida 32114
                      Telephone:  (386) 226-4866
                      Attorney for Plaintiff

2. State whether the Defendant is an owner and/or operator and/or lessee of the website identified in the Instructions which is the subject of this action and the date when the Defendant became the owner, operator and/or lessee of said website.

   RESPONSE: Mr. Paresh M. Gocool, on behalf of the Defendant, Arpan, LLC d/b/a America's Best Value Inn is not an owner and/or operator and/or lessee of the website identified in the Instructions which is the subject of this action.

3. In the event the Defendant is not the owner, operator, or lessee of the website, identify the owner and operator of the website and identify the contract entered into in this regard.

   RESPONSE: Mr. Paresh M. Gocool, on behalf of the Defendant, Arpan, LLC d/b/a America's Best Value Inn, entered into a contract with Red Lion Hotels Holding, Inc. 1550 Market Street Suite 350 Denver, Colorado 80202 on or about May of 2013.

4. State in detail the extent to which the website identifies and describes all accessible features and rooms at the hotel.

   RESPONSE: The subject hotel, America's Best Value Inn, has accessible ramps to all public areas, parking spots, and an accessible chair equipped in pool.

   Accessible amenities include accessible bathtub, vanity, bathing controls, light switch, toilet, room doors, grab bars in bathroom, telephones adapted for the hearing impaired, and television with subtitles or closed captions.

5. Identify all those who designed or maintained the website since the date it was first created until the present.

   RESPONSE: Ms. Judith A. Jarvis
   Red Lion Hotels Holding, Inc.
   1550 Market Street

-2-

       Suite 350
       Denver, Colorado  80202

       Ms. Andrea Bracken
       Red Lion Hotels Holding, Inc.
       1550 Market Street
       Suite 350
       Denver, Colorado  80202

       Mr. Jarvis McCrary
       Red Lion Hotels Holding, Inc.
       1550 Market Street
       Suite 350
       Denver, Colorado  80202

       Ms. Melissa Hardaway
       Red Lion Hotels Holding, Inc.
       1550 Market Street
       Suite 350
       Denver, Colorado  80202

6. When was the website first posted, created or generated?

RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn's website was first created on or about May 2013.

7. When was the website last revised?

RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn's website was last revised on or about November 2019.

8. Approximately how many times has the website been revised since it was first created?

RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn's website is unaware of how many times the website has been revised since it was first created.

9.     State when the subject hotel was constructed.

RESPONSE: It is believed the subject hotel, America's Best Value Inn, was constructed sometime in 1985.

10.    Specifically describe any and all modifications, revisions, alterations made to the website on or after the date the complaint was filed in the instant action.

RESPONSE: The website provides a listing of amenities.

11.    State whether any such modifications, revisions, alterations set forth above include or involve compatibility with 28 C.F.R. Section 36.302(e)(1). If the answer is yes, describe such efforts with specificity.

RESPONSE: None.

12.    Do you intend to challenge the hourly rates of $425 charged by Philip Michael Cullen, III? If the answer to either is yes, state the hourly rates charged by each of the attorneys retained by defendant in this action.

RESPONSE: Undetermined at this time as Philip Michael Cullen, III failed to provide an invoice of total amount of hours worked. Further, the Defendant, America's Best Value Inn, reserves the right to challenge an award of attorney's fees and costs.

13.    State how many guestrooms the hotel has and state what kinds of accommodations are offered (i.e. bed type, number of beds, view, balcony, etc.).

RESPONSE: The subject hotel, America's Best Value Inn has a total of 74 rooms which consists of 26 King/Single beds and 48 Double bed rooms.

14.    Identify each of the designated accessible guest rooms at the hotel and state what kinds of sleeping and bathing accommodations each offers: (i.e. bed type, number of beds, view,

balcony, one room/two room, roll-in shower, tub, etc.)

> RESPONSE: America's Best Value Inn has 1 accessible guest room with a king size bed with roll-in shower, 2 accessible guest rooms with king size beds with accessible bathtub; 2 accessible guest rooms with queen size beds with accessible bathtubs.

15. Identify all other places of public accommodation owned or operated by Defendant or any entity in which more than 10% of ownership interest is commonly owned by the same parties.

> RESPONSE: Quality Inn
> 2175 Highway 71
> Marianna, Florida  32448
>
> Days Inn
> 2185 Highway 71
> Marianna, Florida  32448

16. State whether the defendant is the owner, operator, lessor or lessee of the subject hotel.

> RESPONSE: Mr. Paresh M. Gocool, on behalf of the Defendant, Arpan, LLC is the owner of the subject hotel, America's Best Value Inn.

17. State the facts in support of any denial you assert in the Answer to the Complaint.

> RESPONSE: The Defendant, Arpan, LLC, relies on its compliance with the provisions of the Americans with Disabilities Act.

18. State whether any lawsuit was filed alleging that the website did not comply with the requirements of the American With Disabilities Act, 42 U.S.C. Section 12181, et seq., was incompatible with the screen reader software, or failed to comply with 28 C.F.R. Section 36.302(e)(1).

RESPONSE:  Only this lawsuit.

19.     If the answer to Interrogatory number 19 is yes:

      a.     Identify the court and civil action number in which the case was filed.

RESPONSE:  Not applicable.

_____
Signature

STATE OF FLORIDA    )
                    ) SS.
COUNTY OF Jackson   )

Before me, the undersigned authority, appeared Pareen Gocool, who is known to me as the person executed the foregoing and who did/dod not take an oath on this _____ day of 1-27, 2020.

_____
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE
My Commission Expires: 2-20-22

ASHLEY CHILDS
Notary Public – State of Florida
Commission # GG 188206
My Comm. Expires Feb 20, 2022
Bonded through National Notary Assn.

-6-