UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DEBORAH LAUFER, Individually,

    Plaintiff,

Case No.: 1:19-cv-00200-AW-GRJ

v.

ARPAN, LLC, d/b/a AMERICA'S BEST
VALUE INN,

    Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES

(amended as to paragraphs #2, #3, #10, #17 and

the addition of a Certificate of Service)

COMES NOW, the Defendant, Arpan, LLC d/b/a America's Best Value Inn, by and through its undersigned counsel and serves its Supplemental Response to Plaintiff's Interrogatories:

2. State whether the Defendant is an owner and/or operator and/or lessee of the website identified in the Instructions which is the subject of this action and the date when the Defendant became the owner, operator and/or lessee of said website.

    RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn is not an owner and/or operator and/or lessee of the website identified in the Instructions which is the subject of this action.

3. In the event the Defendant is not the owner, operator, or lessee of the website, identify the owner and operator of the website and identify the contract entered into in this regard.

    RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn, entered into a contract with Red Lion Hotels Holding, Inc., 1550 Market Street, Suite 350, Denver, Colorado 80202. A copy of the contract will be provided to opposing trial counsel upon receipt.

10. Specifically describe any and all modifications, revisions, alterations made to the website on or after the date the complaint was filed in the instant action.

RESPONSE: The website contains a revision which details: "Accessible amenities include accessible bathtub, vanity, bathing controls, light switch, toilet, room doors, grab bars in bathroom, telephones adapted for the hearing impaired, and television with subtitles or closed captions" on the portion of the website describing "King Bed Accessible Non-Smoking"

17. State the facts in support of any denial you assert in the Answer to the Complaint.

RESPONSE: The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 11 is based on Arpan, LLC does not own, manage or lease the website referenced in paragraph 11. Further, anyone visiting the website has an option, if available, to book an accessible hotel room.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 18 is based on the fact its website does not have violations nor would it infringe upon Plaintiff's right to travel free of discrimination and deprive her of the information required to make meaningful choices for travel.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 19 is based on the fact the Plaintiff never visited its facility and was not subjected to direct or indirect injury. Further, Arpan, LLC d/b/a America's Best Value Inn denies there was any discrimination based on the state of a website it does not own or operate.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 20 is based on the fact Plaintiff did not suffer any discrimination nor any direct or indirect damages. Further, Plaintiff can navigate the website with unfettered access.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 21 is based on the fact the website did not deny Plaintiff access to, and

full equal enjoyment of, the goods, services, facilities, privileges, advantages and/or accommodations of the subject website. Further, it does not appear as if Plaintiff actually visited the property.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 22 is based on its position that their website did not deny Plaintiff access to, and full equal enjoyment of, the goods, services, facilities, privileges, advantages and/or accommodations of the subject website. Further, it does not appear as if Plaintiff actually visited the property.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 23 is based on its position that its website did not deny Plaintiff access to, and full equal enjoyment of, the goods, services, facilities, privileges, advantages and/or accommodations of the subject website. Further, it does not appear as if Plaintiff actually visited the property. Further, the website does not discriminate against the Plaintiff and those similarly situated due to any policies. Its policies permit equal access to anyone.

The Defendant, Arpan, LLC d/b/a America's Best Value Inn's denial of paragraph 24 is based on fact Plaintiff has not suffered any cognizable "irreparable harm." Further, as Plaintiff is currently not considered a "prevailing party" she is not entitled to recover attorney's fees, costs, and litigation expenses.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in my Supplemental Response to Plaintiff's Interrogatories and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

## VERIFICATION

_____
Signature

STATE OF FLORIDA )
             ) SS.
COUNTY OF FL )

Before me, the undersigned authority, appeared Paresh Mohan Gocool, who is known to me as the person who executed the foregoing and who did/did not take an oath on this 11th day of March, 2020.

[Notary Seal: FELICIA ANN DELOACH, Notary Public - State of Florida, Commission # GG 201060, My Comm. Expires Mar 27, 2022, Bonded through National Notary Assn.]

_____
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

My Commission Expires: 3-27-2022

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on: Philip Michael Cullen, III, Esquire, 621 South Federal Highway, Suite 4, Fort Lauderdale, Florida 33301, on this 11th day of March, 2020.

    /s/ Jason L. Harr
JASON L. HARR
Florida Bar No.: 0194336
THE HARR LAW FIRM
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com
lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone: (386) 226-4866
Telefax: (386) 226-4886
TRIAL COUNSEL FOR DEFENDANT
ARPAN, LLC d/b/a AMERICA'S BEST
VALUE INN