**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

DEBORAH LAUFER

VS    CASE NO. 1:19-cv-00200-AW-GRJ

ARAPAN LLC

**JUDGMENT**

This case is dismissed for lack of jurisdiction.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

September 25, 2020              s/ KELLI MALU
DATE                            Deputy Clerk: Kelli Malu