UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

    Plaintiff,

v.                                    Case No: 1:19-cv-200-AW-GRJ

**ARPAN, LLC.,**

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Patricia Kennedy, the Plaintiff, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order Denying Motion for Summary Judgment and Dismissing Case for Lack of Jurisdiction [D.E. 45] entered in this action on September 25, 2020, Clerk's Final Judgment [D.E. 46], September 25, 2020, Order Denying Motion for Reconsideration [D.E. 49], December 17, 2020.

                                            s/ *Philip Michael Cullen, III, Esq*.
                                            PHILIP MICHAEL CULLEN, III
                                            Attorney at law – Chartered
                                            Fla. Bar No: 167853
                                            621 South Federal Highway, Suite Four
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 462-0600
                                            Facsimile: (954) 462-1717
                                            CULLENIII@aol.com.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/Philip Michael Cullen, III, Esq*.
